# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN JOSE ARMAS TULAIS (1),<br><br>Defendant. | Case No. 25-CR-1872-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE** |

Pending before the Court is the United States of America's motion to dismiss without prejudice. Having reviewed the motion, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the Information against Juan Jose Armas Tulais.

Defendant is on bond and the bond shall be exonerated. Counsel must prepare an order to disburse funds or release collateral.

**IT IS SO ORDERED.**

Dated: June 2, 2025

Hon. Cynthia Bashant, Chief Judge
United States District Court